■ THOMAS F. PATERSON et al., Appellants, v. UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.— In an action (a) to declare unconstitutional article 148 of the Education Law (L. 1960, ch. 1082, eff. April 1, 1961), dealing with the licensing and regulation of "landscape architects" (as therein defined); and (b) to restrain the enforcement of such article against the plaintiffs, said plaintiffs appeal from an order of the Supreme Court, Nassau County, dated September 13, 1962, which denied their motion for summary judgment for the relief prayed for in the complaint (Rules Civ. Prac., rule 113). A prior motion by defendants to dismiss the complaint as insufficient in law, pursuant to rule 106 of the Rules of Civil Practice, also had been denied (*Paterson* v. *University of State of N. Y.*, 35 Misc. 2d 608). Order affirmed, without costs. No opinion. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.